## 53779. BROWN v. THE STATE.
## 53780. CULBREATH v. THE STATE.

SMITH, Judge.

The appellants jointly were indicted, tried before a jury, and convicted of the offense of cruelty to a child. The evidence before the jury was properly elicited and was sufficient to support the verdict. The court's charge

viewed as a whole correctly stated the law applicable to the evidence and the issues, and the appellants were properly sentenced. The enumerations of error presented by both appeals are meritless.

*Judgments affirmed. Bell, C. J., and McMurray, J., concur.*

SUBMITTED APRIL 5, 1977 — DECIDED JUNE 13, 1977.

*Archie L. Gleason,* for Brown.

*Harrison, Jolles, Miller & Bush, Charles F. Miller, Jr.,* for Culbreath.

*Richard E. Allen, District Attorney, Evita A. Paschall, Assistant District Attorney,* for appellee.